In the Matter of the Claim of WILLIAM E. BERGMAN, Deceased, et al., Respondents, against MERGENTHALER LINOTYPE COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1049.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of NEW YORK LIFE INSURANCE COMPANY, Appellant, Relative to Unemployment Insurance Contributions under Article 18 of the Labor Law. FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Respondent. In the Matter of the Claim of FRANK GOLDSTEIN et al. NEW YORK LIFE INSURANCE COMPANY, Appellant; FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1052.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

## (January 17, 1944.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES V. McVEIGH, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.— Motion to dismiss appeal granted, by default. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

## (January 19, 1944.)

HOWARD J. CONYNE, Respondent, v. THOMAS McGIBBON et al., Appellants.— Appeals moved to the Appellate Division, Fourth Department, to be there heard and determined. Motion, in all other respects, denied. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur. [See 268 App. Div. 845.]

FALLSBURG FISHING & BOATING CLUB, Respondent, v. JOSEPH KERRY et al., Appellants.— Motion to dismiss appeal granted, unless appellants perfect appeal, file and serve record and brief on or before February 18, 1944, and are ready for argument at the March term of this court, commencing March 6, 1944, in which event the motion is denied. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of the Claim of MARIE S. O'DONNELL et al., Respondents, against ELLERMAN & BUCKNALL STEAMSHIP COMPANY, LTD., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award for death benefits. Decedent was the "harbor master of pier 46, North River". He attempted to step from the pier to a barge alongside, his foot slipped from a plank guard five inches wide attached to the side of the barge, and he fell between the pier and the barge and was drowned. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.